

FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 2 1 2010   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

**10-CV-00881-MRET**

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| FISHER COMPANIES, INC., A WASHINGTON CORPORATION DBA JTM CONSTRUCTION, INC., A WASHINGTON CORPORATION; ET AL<br>            Plaintiff/Petitioner<br><br>vs.<br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, A FOREIGN CORPORATION<br>            Defendant/Respondent | Cause #:   C10-00881 RAJ<br><br>Declaration of Service of:<br><br>SUBPOENA TO TESTIFY AT A DEPOSITION OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION; NOTICE OF RECORDS DEPOSITION OF MUKILTEO SCHOOL DISTRICT NO. 6; DECLARATION; WITNESS FEE CHECK<br><br>Hearing Date:   Sep 30 2010 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 15 2010 10:38AM at the address of 9401 SHARON DR  EVERETT, within the County of SNOHOMISH, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN OF MUKILTEO SCHOOL DISTRICT NO. 6  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with FRED POSS, DEPUTY SUPERINTENDENT A white male approx. 55-65 years of age 5'10"-6'0" in height weighing 220-240 lbs with gray hair and glasses.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 15, 2010 at Everett, WA

by _____
        D. Bennett    2004-22

Service Fee Total: **$ 104.00**



ABC Legal Services, Inc.
206 521-9000
Tracking #: 8252558

**ORIGINAL**
**PROOF OF SERVICE**
Page 1 of 1

24954/443
Bullivant, Houser -Seattle
1601 5th Ave, #2300
Seattle, WA   98101
206 292-8930